IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GERALD A. SANFORD,<br><br>    Plaintiff.<br><br>v.<br><br>DERRICK D. SCHOFIELD, et al.,<br><br>    Defendants. | Case No. 1:13-0023<br>Chief Judge Haynes |

## O R D E R

Upon review of the file, the only remaining Defendant in this action, Defendant Brewer, is on military leave for one year and was not served. (Docket Entry No. 17).

Accordingly, this action is **ADMINISTRATIVELY CLOSED** for one year from April 22, 2013 and may be reopened upon Plaintiff's motion. See Military Service Members Civil Relief, 50 App. U.S.C.A. 522(a) and (b).

It is so **ORDERED**.

**ENTERED** this the /8t day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court